UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. |
| MONSOOR ALI, | : | VIOLATION:<br>18 U.S.C. § 2252(a)(4) |
| Defendant. | : | (Possession of Child Pornography) |
| | : | FORFEITURE:<br>18 U.S.C. § 2253<br>21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

On or about July 20, 2022, within the District of Columbia and elsewhere, the defendant, **MONSOOR ALI**, did knowingly possess one or more matters, which contained a visual depiction that had been mailed and shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce, and which was produced using materials which had been mailed or so shipped, by any means including by computer, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2))

## FORFEITURE NOTICE

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **MONSOOR ALI,** shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter that contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property that cannot be divided without difficulty.

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

*[signature]*

Attorney of the United States in
and for the District of Columbia.