AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:24-cr-00043 |
| v. | ) Assigned To : Judge Loren L. AliKhan |
| MONSOOR ALI | ) Assign. Date : 1/24/2024 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MONSOOR ALI,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4) - (Possession of Child Pornography).

Date:   01/24/2024

City and state:   Washington, DC

*[Signed: M. Upad]*
2024.01.24
13:33:56
-05'00'

*Issuing officer's signature*

MOXILA A. UPADHYAYA , U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 01/24/2024, and the person was arrested on *(date)* 02/01/2024
at *(city and state)* Washington DC.

Date: 02/02/2024

*[Signed]*
*Arresting officer's signature*

Bryan Mancuso
*Printed name and title*